IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 118-059 |
| | ) | |
| RAUL OLVERA-RAMIERZ | ) | |

## ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28 United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned cases,

IT IS HEREBY ORDERED that ELIZABETH GIERSBERG, a certified interpreter or any otherwise competent interpreter, is designated to serve as an interpreter in this case. Compensation shall be paid by the government at a rate of $418.00 per day, with a minimum of one half day's compensation of $226.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $59.00 per hour. Claim for compensation by the interpreter for any in-court services or assisting the U.S. Probation Office shall be made on Form AO322. Claim for compensation for assisting court-appointed counsel shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services.* **Any services relating to the CJA Form 21 must be approved by the Court prior to the services rendered.** These forms shall be furnished by the Clerk of Court.

SO ORDERED this 17th day of September, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA